# EXHIBIT B



One Barker Avenue
White Plains, New York 10601
T    914.821.3089
kaufman@leasonellis.com

**Matthew L. Kaufman**
PARTNER

January 3, 2022

Email: barry.medintz@centralsquare.com
Mr. Barry Medintz
CentralSquare
1000 Business Center Drive
Lake Mary, FL 32746

Dear Barry,

We are U.S. intellectual property counsel to Carbyne Ltd. ("Carbyne") and are in receipt of your 4 November 2021 correspondence offering Carbyne a license to United States Patent 9,301,117 (the "'117 Patent"). Please direct all further correspondence regarding this matter to our attention going forward.

Although it is unclear from your letter the specific Carbyne products and services that CentralSquare believes require a license to the '117 Patent, we have limited our current investigation to Carbyne's Apex product ("Apex"), which appears to form the basis of the evidence of use set forth in the claim charts attached to your November correspondence.

Carbyne has conducted a thorough investigation and determined that no license is needed to the '117 Patent because there is no infringement. Although, as you suggest, the '117 Patent may appear relevant to Apex, the specific limitations that comprise independent claims 1 and 9 set forth functional requirements that are not present in Apex. In particular, Apex does include at least claimed functionality directed towards the receipt and distribution of location information recited by the web-hosting module of independent claim 1, as well as the corresponding method steps set forth by independent claim 9. Moreover, having conducted a thorough review of your claim charts, it appears you fail to present evidence that each element comprising the claim are even alleged to be present in Apex.

Carbyne has the highest respect for the intellectual property rights of others. Given Apex's failure to implement at least the above-identified base functionality, however, which the overall structure of the claims depend, Carbyne asserts that structure, function, and operation of Apex is distinguishable from and novel over the '117 Patent. In view of Apex's failure to read on the claims of the '117 Patent, Carbyne considers this issue resolved and not an impediment to the collaborative efforts in which the parties are engaged.

# LEASON ELLIS

Letter to Mr. Barry Medintz
January 3, 2022
Page 2

Please also find enclosed Carbyne's relevant issued U.S. patents that might be of interest to CentralSquare and its freedom to operate in the public safety domain.

The above is not an admission of liability or an exhaustive statement of all the relevant facts and Carbyne expressly reserves all of its legal and equitable rights and remedies, including the right to seek attorneys' fees and expenses.

Warmest regards,

Matthew L. Kaufman

cc: Carbyne, Ltd
Enclosure