# EXHIBIT J

Claim chart for independent claim 1 of RE50,016 of the '117 patent compared to Carbyne's APEX product.

| RE50,016 of **U.S. Patent No. 9,301,117** | **Carbyne APEX** |
|---|---|
| [1pre] A system configured to provide, to emergency operators, communication through textual messages, the system comprising: | To the extent the preamble is limiting, Carbyne APEX product implements a system configured to provide, to emergency operators, communication through textual messages.  Carbyne APEX is a call handling solution that makes innovation work for you – from AI powered Call Triage, Live Audio Translation, patented live caller video, on-demand caller location, silent instant messaging, and a whole lot more. <br><br> https://carbyne.com/solutions/apex/ (Ex. 1) |

| | |
|---|---|
| [1a] one or more processors configured to execute computer program modules, the computer program modules comprising: | Carbyne APEX product comprises one or more processors configured to execute computer program modules.<br><br>For example, Carbyne APEX product is deployed in a cloud computing environment.<br><br><br><br>https://carbyne.com/ (Ex. 2) |

**Vision**

Emergency communication must evolve alongside modern technology, ensuring the same conveniences we enjoy daily, like ordering a car or using AI, are available during crises. Our cloud-native platform innovates continuously, guaranteeing dynamic urgent communications for swift responses to emergencies.

https://carbyne.com/ (Ex. 2)

| | |
|---|---|
| [1b] a call reception module configured to receive incoming emergency voice calls being placed to an emergency call center through an emergency communications network from wireless mobile devices, the incoming emergency voice calls including a first voice call placed from a first wireless mobile device; | Carbyne APEX product comprises a call reception module configured to receive incoming emergency voice calls being placed to an emergency call center through an emergency communications network from wireless mobile devices, the incoming emergency voice calls including a first voice call placed from a first wireless mobile device.

For example, Carbyne APEX product receives incoming emergency calls from wireless mobile devices through an emergency communications network. |



Carbyne APEX is a call handling solution that makes innovation work for you – from AI powered Call Triage, Live Audio Translation, patented live caller video, on-demand caller location, silent instant messaging, and a whole lot more.

https://carbyne.com/solutions/apex/ (Ex. 1)



https://carbyne.com/solutions/apex/ (Ex. 1)

## Carbyne APEX featuring Emergency Call Triage helps your center

- Mitigate staffing challenges
- Reduce redundant and abandoned calls
- Find callers in need
- Decrease calls in queue
- Build community trust



https://carbyne.com/solutions/emergency-call-triage/ (Ex. 3)



### Your All-In-One Call Handling Solution

https://carbyne.com/solutions/apex/ (Ex. 1)



https://carbyne.com/solutions/emergency-call-triage/ (video 1:22) (Ex. 3)

<table>
<tr>
<td></td>
<td>
While the county's old system was based on pre-internet, analog technology – limiting 9-1-1 calls to two-way voice conversations only – the new Carbyne APEX solution is a cloud-native platform that is digital and smartphone-friendly, enabling the 9-1-1 center to speak with callers via video and obtain more accurate location information and other rich data automatically.

https://carbyne.com/resources/press/guernsey-county-ohio-9-1-1-call-center-goes-next-gen-with-deployment-of-carbyne-apex-i3-cloud-native-call-taking-platform/ (Ex. 4)

"Ohio does not yet have an ESInet, so we still are operating on traditional legacy CAMA trunks. But our new Carbyne system is performing flawlessly," Mathews added.

https://carbyne.com/resources/press/guernsey-county-ohio-9-1-1-call-center-goes-next-gen-with-deployment-of-carbyne-apex-i3-cloud-native-call-taking-platform/ (Ex. 4)
</td>
</tr>
<tr>
<td>
[1c] an outgoing message module configured to generate outgoing textual messages for transmission to wireless mobile devices from which incoming emergency voice calls are received such that a first outgoing textual message is generated for transmission to the first wireless mobile device based on the first voice call;
</td>
<td>
Carbyne APEX product comprises an outgoing message module configured to generate outgoing textual messages for transmission to wireless mobile devices from which incoming emergency voice calls are received such that a first outgoing textual message is generated for transmission to the first wireless mobile device based on the first voice call.

For example, Carbyne APEX product generates an outgoing textual message that is transmitted to the first wireless mobile device. The text message is based on the voice call by the wireless mobile device.
</td>
</tr>
</table>



https://carbyne.com/solutions/apex/ (Ex. 1)

Carbyne APEX is a call handling solution that makes innovation work for you – from AI powered Call Triage, Live Audio Translation, patented live caller video, on-demand caller location, silent instant messaging, and a whole lot more.

https://carbyne.com/solutions/apex/ (Ex. 1)



https://www.youtube.com/watch?v=RP470Lc8hWA (Video: 1:36) (Ex. 5)



[https://www.youtube.com/watch?v=RP470Lc8hWA](https://www.youtube.com/watch?v=RP470Lc8hWA) (Video: 1:36) (Ex. 5)

| | |
|---|---|
| [1d] a transmission module configured to transmit the outgoing textual messages to wireless mobile devices through a second communications network that is different than the emergency communications network such that the first outgoing textual message is transmitted to the first wireless mobile device through the second communications network; | Carbyne APEX product comprises a transmission module configured to transmit the outgoing textual messages to wireless mobile devices through a second communications network that is different than the emergency communications network such that the first outgoing textual message is transmitted to the first wireless mobile device through the second communications network.<br><br>For example, Carbyne APEX product includes a second communications network that is configured to transmit an outgoing textual message to the wireless device. The second communications network (Carbyne's cloud network) is different from the emergency communications network that received the call (e.g., a locality's 911 emergency communications network).<br><br>The platform's ability to send direct text messages to a caller and establish a secondary, secure path via instant, verified silent chat or video with no requirement of an app dramatically increases call taker situational awareness and chances of saving lives. The addition of this technology to the New Orleans suite of 9-1-1 capabilities will not only streamline the process for callers and emergency responders in the area, it will also reduce the time to dispatch first responders to the scene of an emergency.<br><br>https://www.prnewswire.com/news-releases/carbyne-awarded-a-multi-year-contract-to-deliver-orleans-parish-communication-district-opcd-with-next-generation-9-1-1-cloud-contact-center-301305633.html (Ex. 6)<br><br>While the county's old system was based on pre-internet, analog technology – limiting 9-1-1 calls to two-way voice conversations only – the new Carbyne APEX solution is a cloud-native platform that is digital and smartphone-friendly, enabling the 9-1-1 center to speak with callers via video and obtain more accurate location information and other rich data automatically.<br><br>https://carbyne.com/resources/press/guernsey-county-ohio-9-1-1-call-center-goes-next-gen-with-deployment-of-carbyne-apex-i3-cloud-native-call-taking-platform/ (Ex. 4)<br><br>Kenny Mathews, director of IT for Guernsey County, said, "The biggest hesitation that I see, moving forward, is everyone is afraid of the cloud. But with Carbyne, the engineering behind this solution is so robust, we can have failures on multiple comms lines and still have multiple paths to the Internet." |

|  | https://carbyne.com/resources/press/guernsey-county-ohio-9-1-1-call-center-goes-next-gen-with-deployment-of-carbyne-apex-i3-cloud-native-call-taking-platform/ (Ex. 4)<br><br>"Ohio does not yet have an ESInet, so we still are operating on traditional legacy CAMA trunks. But our new Carbyne system is performing flawlessly," Mathews added.<br><br>https://carbyne.com/resources/press/guernsey-county-ohio-9-1-1-call-center-goes-next-gen-with-deployment-of-carbyne-apex-i3-cloud-native-call-taking-platform/ (Ex. 4) |
|---|---|
| [1e] a presentation module configured to present incoming emergency voice calls to emergency operators through a user interface, wherein the user interface includes a set of user-selectable options, and wherein the presentation module is further configured to receive user input from emergency operators to select one or more of the set of user-selectable options; and | Carbyne APEX product comprises a presentation module configured to present incoming emergency voice calls to emergency operators through a user interface, wherein the user interface includes a set of user-selectable options, and wherein the presentation module is further configured to receive user input from emergency operators to select one or more of the set of user-selectable options.<br><br>For example, Carbyne APEX product presents voice calls to emergency operators and allows responders to select a variety of options shown as the various icons in the screenshot below. |



Carbyne APEX is a call handling solution that makes innovation work for you – from AI powered Call Triage, Live Audio Translation, patented live caller video, on-demand caller location, silent instant messaging, and a whole lot more.

https://carbyne.com/solutions/apex/ (Ex. 1)

| [1f] a web-hosting module configured to host web resources configured to:<br><br>(i) query wireless mobile devices for location information; and | Carbyne APEX product comprises a web-hosting module configured to host web resources configured to: (i) query wireless mobile devices for location information; and (ii) share, responsive to receipt of location information, received location information with the presentation module.<br><br>For example, Carbyne APEX product includes a web-hosting module that is configured to host web resources on a "cloud-native" platform. |

| | |
|---|---|
| (ii) share, responsive to receipt of location information, received location information with the presentation module; | ## Vision<br><br>Emergency communication must evolve alongside modern technology, ensuring the same conveniences we enjoy daily, like ordering a car or using AI, are available during crises. Our cloud-native platform innovates continuously, guaranteeing dynamic urgent communications for swift responses to emergencies.<br><br>https://carbyne.com/ (Ex. 2) |

**Live Video and Pinpoint Location for Field Responders**

With our sharing and distribution capabilities all responders, across jurisdictions and departments can view live caller video and/or pinpoint caller location (including speed, floor, altitude accuracy, and more). With Responder Connect you can send the caller's location and video directly to responders in the field right from within APEX and Universe – without requiring them to download a smartphone app. This makes for radically better collaboration and communication. This can mean more lives saved and a higher level of safety for all.



https://carbyne.com/solutions/responder-connect/ (Ex. 5)

For example, Carbyne APEX product queries a wireless mobile device for location information:

16



https://www.youtube.com/watch?v=QKCgoGL_sN4 (Video: 0:28) (Ex. 7)



https://www.youtube.com/watch?v=QKCgoGL_sN4 (Video: 0:31) (Ex. 7)

For example, Carbyne APEX product shares, responsive to receipt of location information, received location information with the presentation module:



Carbyne supports over 4,500,000 calls annually. Every year, Carbyne delivers over 155,000,000 location readings. Accuracy levels of within 4 to 5 meters are achieved by Carbyne location technology. Additional features such as live caller video, satellite view, live traffic, and more ensure your emergency response is future-proof.

https://carbyne.com/resources/videos/carbyne-location-services/ (Video 0:36) (Ex. 8)



https://carbyne.com/solutions/apex/ (Ex. 1)

| [1g] wherein the first outgoing textual message includes a uniform resource locator (URL) link to the web resources; and | Carbyne APEX product's first outgoing textual message includes a uniform resource locator (URL) link to the web resources.<br><br>For example, Carbyne APEX product sends a textual message including a URL link for a user to access the web resources.<br><br><br><br>If a picture is worth a thousand words, what is a video worth? From rescuing a kayaker stuck in the ocean to saving a seizure victim who was improperly positioned face-down, Video-To-911 has been invaluable time after time for Heroes under the Headset. Learn more about the life-saving power of Video-to-911 in this clip<br><br>https://carbyne.com/resources/videos/carbyne-live-video/ (Video: 0:15) (Ex. 9) |



https://www.youtube.com/watch?v=QKCgoGL_sN4 (Video: 0:28) (Ex. 7)



Carbyne APEX

https://www.youtube.com/watch?v=QKCgoGL_sN4 (Video: 0:31) (Ex. 7)

Carbyne's public presentations suggest APEX uses a URL link for a user to access the web resources:

"At this point, the Caller will need to open the text message (SMS) notification, as shown in the graphic, and click on the attached link. This will open the mobile device's web browser and will request the relevant permissions / consent to proceed with the Carbyne enhanced call. Telecommunicators should guide the Caller accordingly, as needed. Once the Caller clicks on the permissions link within the text message, Telecommunicators will then be able to open (3) windows that provide them:"

"The technology is text base to a smart phone, where upon initiation of the text sent by the PSAP the caller accepts terms to allow Carbyne 911 (C-Live Universe) to access video and text, but most importantly gives your location with an accuracy of nearly 10 feet based on cell tower and WiFi locations"

23

<table>
<tr><td></td><td>

https://www.washoecounty.gov/technology/board_committees/911_response/2021/Files/012121/Item%2015%20-%20WC%20Carbyne%20c-Live%20Universe.pdf (Ex. 10)

Now, every time someone calls 911 in Denver, the software, created by the private company Carbyne, automatically sends a text to the caller. If the user clicks the link in the text, it gives permission for the 911 center to receive live video and precise location data from the caller's phone.

The pilot is part of the city's effort to ensure 911's capabilities are modernized and match what callers expect, Denver 911 director Andrew Dameron said.

"We had one call where the subject called us, and basically asked the call taker, 'Can I just FaceTime you and show you what I'm talking about?' And before, we wouldn't have been able to do that. But now, the call taker can say, 'Yeah, let me send you a link, click it, accept the permissions and you'll be streaming video to us.'"

https://www.denverpost.com/2023/10/30/denver-911-live-video-streaming/ (Ex. 11)

</td></tr>
<tr><td>

[1h] wherein the presentation module is further configured to present shared queried location information to emergency operators through the user interface.

</td><td>

Carbyne APEX product's presentation module is further configured to present shared queried location information to emergency operators through the user interface.

For example, Carbyne APEX product's presentation module is configured to present the queried location information (i.e., location of the caller) with emergency operators (e.g., responders, dispatch) through the user interface.

</td></tr>
</table>



Carbyne APEX is a call handling solution that makes innovation work for you – from AI powered Call Triage, Live Audio Translation, patented live caller video, on-demand caller location, silent instant messaging, and a whole lot more.

https://carbyne.com/solutions/apex/ (Ex. 1)



https://www.youtube.com/watch?v=QKCgoGL_sN4 (Video: 0:43) (Ex. 7)

"By integrating data from the RapidSOS Clearinghouse into Carbyne's state-of-the-art technology, call takers will be provided with accurate location information and secured rich emergency data regarding the caller — enabling PSAPs to pinpoint callers and provide maximum support."

https://www.biospace.com/article/releases/carbyne-partners-with-rapidsos-to-deliver-enhanced-emergency-response-capabilities-to-first-responders-in-the-u-s-/ (Ex. 12)