IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CARBYNE INC., and CARBYNE, LTD.<br><br>        Defendants. | Civil Action No. 1:24-cv-01497<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND TIME TO FILE**
**CASE READINESS STATUS REPORT**

  Plaintiff CentralSquare Technologies, LLC ("CentralSquare") and Defendants Carbyne Inc., and Carbyne, Ltd. ("Carbyne") submit this joint motion to extend the time for the parties to submit a Case Readiness Status Report ("CRSR").

  Defendants Carbyne responded to CentralSquare's Complaint on May 12, 2025, filing therewith offensive patent counterclaims against CentralSquare. (Dkt. No. 11). CentralSquare's deadline to respond to Carbyne's counterclaims is June 2, 2025. The Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases provides that the CRSR is due within 7 days after "the Defendant…has responded to the initial pleadings…." OGP 4.4, however, does not expressly contemplate the effect of offensive patent counterclaims on this deadline. Treating Carbyne's answer date of May 12, 2025 as triggering the 7-day CRSR deadline would result in Carbyne's preliminary infringement contentions being due on May 26, 2025, before CentralSquare

1

answers Carbyne's patent infringement claims on June 2, 2025, closing the pleadings as to those patent claims.

In light of this, Carbyne approached CentralSquare to propose that the parties treat CentralSquare's deadline to respond to Carbyne's counterclaims, June 2, 2025, as the date on which "the Defendant…has responded to the initial pleadings…," making the CRSR due on June 9, 2025, with all subsequent deadlines to be keyed off this date.

The parties have met and conferred, and hereby jointly ask the Court to set the deadline for the CRSR to June 9, 2025, with all subsequent deadlines to follow pursuant to provisions of OGP 4.4. One prior extension of time has been requested and granted, which, following waiver of service by both Carbyne defendants, extended the deadline of the domestic Carbyne defendant to correspond to the deadline of the international Carbyne defendant. (Dkt. No. 10). The instant requested extension will result in minimal delay, and will avoid preparation and service of infringement contentions on claims for which the pleadings are not yet complete.

Accordingly, the Parties request that the Court issue the attached proposed order extending the parties' time to file a CRSR to June 9, 2025.

Dated: May 16, 2025           */s/ Lionel M. Lavenue*_____
                                     Lionel M. Lavenue
                                       Finnegan Henderson Farabow Garrett & Dunner LLP
                                       1875 Explorer Street, Suite 800
                                       Reston, VA 20190
                                       Phone: 571-203-2750
                                       Fax: 202-408-4400
                                       Email: lionel.lavenue@finnegan.com

*Attorney for Plaintiff*
*CENTRALSQUARE TECHNOLOGIES, LLC*


*/s/ Mark Siegmund*_____
Alyssa Caridis
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave
Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
Email: acaridis@orrick.com

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PLLC
Brideview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

*Attorney for Defendants*
*CARBYNE INC., AND CARBYNE, LTD.*

**CERTIFICATE OF CONFERENCE**

Plaintiff states that (1) counsel complied with the meet and confer requirements of Local Rule CV-7, and (2) that counsel for the Defendant stated that they do not oppose the extension of time as outlined in this motion.

*/s/ Mark D. Siegmund*_____
Mark D. Siegmund

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, a true and correct copy of the foregoing has been served on all counsel of record via the court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Mark D. Siegmund*_____
Mark D. Siegmund