IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CENTRALSQUARE TECHNOLOGIES, LLC,**<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>**CARBYNE, INC., and CARBYNE, LTD.**<br><br>Defendants and Counterclaim-Plaintiffs. | **Civil Action No. 1:24-cv-01497-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING AMENDED COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CentralSquare"), hereby provides the following notice:

Instead of responding to CentralSquare's Motion to Dismiss the Original Counterclaims filed on June 2, 2025, Defendants and Counterclaim-Plaintiffs Carbyne, Ltd. and Carbyne, Inc. (collectively "Carbyne") filed Amended Counterclaims on June 16, 2025. Carbyne's Amended Counterclaims render moot CentralSquare's Motion to Dismiss the Original Counterclaims. *See Festive Farm Co. v. BE Creations & Designs, Inc.*, No. 622CV00994ADAJCM, 2023 WL 3662661, at *2 (W.D. Tex. May 9, 2023), *report and recommendation adopted*, No. 622CV00994ADAJCM, 2023 WL 3656943 (W.D. Tex. May 24, 2023). Accordingly, instead of continuing to brief its Motion to Dismiss the Original Counterclaims, CentralSquare will respond to Carbyne's Amended Counterclaims no later than June 30, 2025.

Dated: June 23, 2025 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Lionel M. Lavenue*
　　　　　　　　　　　　　　　　　　Lionel M. Lavenue (VA 49,005)
　　　　　　　　　　　　　　　　　　lionel.lavenue@finnegan.com
　　　　　　　　　　　　　　　　　　Bradford C. Schulz (VA 91,057)
　　　　　　　　　　　　　　　　　　bradford.schulz@finnegan.com
　　　　　　　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　 GARRETT & DUNNER LLP
　　　　　　　　　　　　　　　　　　1875 Explorer Street, Suite 800
　　　　　　　　　　　　　　　　　　Reston, VA 20190-6023
　　　　　　　　　　　　　　　　　　Phone: (571) 203-2700

　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff and Counterclaim-Defendant**
　　　　　　　　　　　　　　　　　　**CENTRALSQUARE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 23, 2025, a true and correct copy of the above document was served on all counsel of record via the Court's CM/ECF System.

                                         */s/ Lionel M. Lavenue*
                                         Lionel M. Lavenue