IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>        v.<br><br>CARBYNE, INC., and CARBYNE, LTD.<br><br>        Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF *INTER PARTES* REVIEW PETITIONS**

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CentralSquare") respectfully notifies the Court of the following *Inter Partes* Review (IPR) Petitions filed by Defendant and Counterclaim-Plaintiff Carbyne Inc. ("Carbyne") and Plaintiff and Counterclaim-Defendant CentralSquare:

- IPR2025-00959: Carbyne filed an IPR petition relating to the claims of U.S. Patent No. RE50,016 on May 9, 2025. A Notice of Filing Date was accorded on June 13, 2025. A decision whether to institute is expected approximately on December 15, 2025, (December 13, 2025, being a Saturday) and any final written decision is expected approximately on December 15, 2026.

- IPR2025-01179: CentralSquare filed an IPR petition relating to the counterclaims of U.S. Patent No. 11,689,383 on June 27, 2025. A Notice of Filing Date has not been accorded.

1

Dated: June 27, 2025

Respectfully submitted,

<u>/s/ Lionel M. Lavenue</u>
Lionel M. Lavenue (VA 49,005)
Lionel.Lavenue@finnegan.com
Bradford C. Schulz (VA 91,057)
Bradford.Schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorneys for Plaintiff and Counterclaim-Defendant***
***CENTRALSQUARE TECHNOLOGIES, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 27, 2025, a true and correct copy of the above document was served on all counsel of record via the Court's CM/ECF System.

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
