# EXHIBIT B

**FINNEGAN** | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

LIONEL M. LAVENUE
571.203.2750
lionel.lavenue@finnegan.com

July 20, 2025

Alyssa Caridis, Esq.
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90071

RE: Request for Carbyne to (1) Refile its Opposition to CentralSquare's Motion to Dismiss without Reference to Exhibit C and (2) Move to Strike Exhibit C from its originally filed Opposition to CentralSquare's Motion to Dismiss

Dear Ms. Caridis,

On July 14, 2025, Carbyne submitted to the Court its Opposition to CentralSquare's Motion to Dismiss, including Exhibit C. However, **Exhibit C is a letter sent from Carbyne to CentralSquare and clearly marked "Subject to Fed. R. Evid. 408."**

Legal precedent holds that submitting copies of communications subject to FRE 408 is improper. For example, *Long v. Cat Exteriors*, No. SA-22-CV-00923-JKP, 2022 WL 15046726 (W.D. Tex. Oct. 1, 2022) (letter under FRE 408 was inadmissible and denying the motion to strike would result in significant prejudice to Defendants); *Ross v. Dejarnetti*, 514 F. Supp. 3d 845, 852 (E.D. La. 2021) (striking statements subject to FRE 408); *Washington v. Pac. Summit Energy LLC*, No. 4:20-CV-290, 2021 WL 229653, at *3 (S.D. Tex. Jan. 21, 2021) ("Because [certain] paragraphs reveal settlement discussions and evidence supporting them would be excluded under Rule 408, these allegations would have no possible relation to the controversy."). Thus, because Exhibit C of Carbyne's Opposition to CentralSquare's Motion to Dismiss is subject to FRE 408, it must be removed from the record.

As such, and to prevent CentralSquare from filing a motion to strike, please immediately (1) refile Carbyne's Opposition to CentralSquare's Motion to Dismiss without reference to Exhibit C and (2) move to strike Exhibit C from its originally filed Opposition to CentralSquare's Motion to Dismiss. **If Carbyne does not withdraw from the record Exhibit C of Carbyne's Opposition to CentralSquare's Motion to Dismiss by 5 pm ET on July 21, 2025, CentralSquare will file a motion to strike.**

Regards,

*/s/ Lionel M. Lavenue/*

Lionel Lavenue