**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>CARBYNE INC., and CARBYNE, LTD.<br><br>         Defendants. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF EVAN BREWER IN SUPPORT OF
DEFENDANTS AND COUNTERCLAIMANTS' OPPOSITION TO
CENTRALSQUARE MOTION TO STRIKE**

I, Evan Brewer, declare as follows:

  1.  I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Defendants Carbyne Inc. and Carbyne, Ltd. (collectively, "Carbyne") in the above-captioned matter. I am a member in good standing of the Bars of the States of California and Washington. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein. I submit this declaration in support of Carbyne's Opposition to the Motion to Strike filed by Plaintiff and Counter-defendant Centralsquare Technologies, LLC ("CST").

  2.  On August 12, 2025, I conducted a meet and confer with counsel for CST regarding CST's motion to strike.

  3.  During the August 12, 2025 meet and confer, I repeatedly asked counsel for CST to provide case law supporting its contention that Carbyne had used the disputed December 13,

1

2024 letter for a prohibited purpose under FRE 408. CST's counsel refused to provide any case law at the meet and confer. Instead, CST's counsel pointed to a previous email that CST had sent, which Carbyne had refuted in detail, explaining why those cases were inapposite. Counsel for CST refused to explain why it thought Carbyne was wrong or why the earlier cases were in fact relevant. Instead, counsel for CST repeatedly insisted that Carbyne used the letter to prove the "validity" of its declaratory judgment claim, without explaining how.

4. I repeatedly explained to counsel for CST that CST's position was meritless, and that filing a motion to strike without basis was inappropriate.

5. On December 6, 2024, counsel for Carbyne confirmed to counsel for CST that Carbyne was in receipt of CST's December 4, 2024 letter. In that confirming email, Carbyne proposed an NDA "to promote continued frank and transparent conversations between the parties." Counsel for CST responded that same day on December 6, 2024, refusing the NDA as unnecessary. A true and correct copy of this email thread is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed August 26, 2025 in Mercer Island, Washington.

*/s/ Evan Brewer*
EVAN BREWER