# EXHIBIT A

| | |
|---|---|
| **Subject:** | Re: CentralSquare's Patent No. RE50016 |
| **Date:** | Tuesday, August 26, 2025 at 1:58:13 PM Pacific Daylight Time |
| **From:** | Brewer, Evan |
| **Attachments:** | image001.gif, image002.png, image003.jpg, image004.png |

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Friday, December 6, 2024 10:40 PM
**To:** Caridis, Alyssa <acaridis@orrick.com>
**Cc:** Carrigan, Josh <jcarrigan@orrick.com>; Barry Medintz <barry.medintz@centralsquare.com>
**Subject:** CentralSquare's Patent No. RE50016

**[EXTERNAL]**

Hi Alyssa,

We are happy to engage in frank and transparent conversations between the parties, but we do not see the need for the administration of an NDA.

Of course, we will agree that any communications are subject to FRE 408, and we will agree to maintain our communication as confidential under FRE 408.

Regards,

Lionel

**From:** Caridis, Alyssa <acaridis@orrick.com>
**Sent:** Friday, December 6, 2024 3:55 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Carrigan, Josh <jcarrigan@orrick.com>; Barry Medintz <barry.medintz@centralsquare.com>
**Subject:** RE: CentralSquare's Patent No. RE50016

Lionel,
We are in receipt of your letter dated December 4. We will respond substantively in due course (as previously mentioned, I was out of the country until just this morning). In the meantime, in order to promote continued frank and transparent conversations between the parties, we propose executing the attached NDA. Please let us know if your client is amenable to signing, and if so, if you have any proposed edits.
Best,

Alyssa

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Wednesday, December 4, 2024 3:10 PM
**To:** Caridis, Alyssa <acaridis@orrick.com>

**Cc:** Carrigan, Josh <jcarrigan@orrick.com>; Barry Medintz <barry.medintz@centralsquare.com>
**Subject:** CentralSquare's Patent No. RE50016

**[EXTERNAL]**

Hi Alyssa,

Attached is a follow-up letter, regarding CentralSquare's RE50,016 patent.  We look forward to hearing from you.

Regards,

Lionel

---

**From:** Caridis, Alyssa acaridis@orrick.com
**Sent:** Monday, November 18, 2024 3:59 PM
**To:** Lavenue, Lionel lionel.lavenue@finnegan.com
**Cc:** Carrigan, Josh jcarrigan@orrick.com; Christie, Drew Drew.Christie@finnegan.com; Coverstone, Caitlin Caitlin.Coverstone@finnegan.com
**Subject:** RE: CentralSquare's Patent No. RE50016

Hi Lionel,
Just wanted to provide you a quick update.  We are working diligently to respond to your recent letter.  However, I am leaving the country tomorrow for a few weeks.  Please expect a response in mid-December.
Regards,
Alyssa

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Saturday, October 19, 2024 9:33 PM
**To:** Caridis, Alyssa <acaridis@orrick.com>
**Cc:** Carrigan, Josh <jcarrigan@orrick.com>; Christie, Drew <Drew.Christie@finnegan.com>; Coverstone, Caitlin <Caitlin.Coverstone@finnegan.com>
**Subject:** RE: CentralSquare's Patent No. RE50016

**[EXTERNAL]**

Hi Alyssa,

Received, with thanks.

We look forward to your response.

Regards,

Lionel

**Lionel M. Lavenue** | Bio
**Attorney at Law**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, VA 20190-6023
571.203.2750 | fax: 202.408.4400 | **Lionel.Lavenue@finnegan.com** | **www.finnegan.com** |

---

**FINNEGAN**

---

**From:** Caridis, Alyssa <acaridis@orrick.com>
**Sent:** Friday, October 18, 2024 11:39 AM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Carrigan, Josh <jcarrigan@orrick.com>
**Subject:** Re: CentralSquare's Patent No. RE50016

Dear Lionel,

I am writing in response to your June 26, 2024 letter to Carbyne Ltd. ("Carbyne"). We have been retained by Carbyne to evaluate and respond to the assertions made in your letter. As we were just recently retained, we are in the process of working through your assertions and reviewing the relevant patent. I expect that we will be able to give you a substantive response in a few weeks' time. In the meantime, if you have any questions, please don't hesitate to reach out. Please direct all future correspondence on this matter to me.

 Best,
Alyssa Caridis

**Alyssa Caridis**
Intellectual Property
Partner

Pronouns: she/her/hers

Orrick
Los Angeles  Ⓥ
T 2136122372
acaridis@orrick.com



---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication

privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you

in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.