THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>CARBYNE, INC., and<br>CARBYNE, LTD.<br><br>   Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:24-cv-01497<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Scheduling Order (Dkt. 22-1), Plaintiffs and Counterclaim Defendant CentralSquare Technologies, LLC., (hereinafter "CST") and Defendants and Counterclaim Plaintiffs Carbyne, Inc. and Carbyne, LTD., (collectively, "Carbyne") submit this Joint Claim Construction Statement for U.S. Patent Nos. RE50,016 (the '016 Patent) and 11,689,383 (the '383 Patent) in the above referenced case.

| RE50,016 | | | |
|---|---|---|---|
| | **Term to be Construed** | **CST's Proposed Construction** | **Carbyne's Proposed Construction** |
| 1 | user-selectable options (claims 1, 2, 9, 10, 17)<br><br>Identified by Carbyne | Plain and ordinary meaning. | Plain and ordinary meaning; distinct from "action button(s)" |
| 2 | a call reception module configured to … / an outgoing message module configured to … / a transmission module configured to … / a presentation module configured to … / a web- | Plain and ordinary meaning. | Subject to 112(f);<br><br>Indefinite. |

1

| | RE50,016 | | |
|---|---|---|---|
| | **Term to be Construed** | **CST's Proposed Construction** | **Carbyne's Proposed Construction** |
| | hosting module configured to … (claim 1)  Identified by Carbyne | | |
| 3 | [sharing] … received location information with the user interface / [presenting] shared queried location information to emergency operators through the user interface (claim 9)  Identified by Carbyne | Plain and ordinary meaning. | Indefinite. |

| | 11,689,383 | | |
|---|---|---|---|
| | **Term to be Construed** | **CST's Proposed Construction** | **Carbyne's Proposed Construction** |
| 1 | wherein the URL link is associated with the phone number of the mobile device (claims 1, 8, 15)  Identified by CST | Indefinite.  Alternatively: wherein the URL link includes a unique identifier associated with the phone number of the mobile device. | Plain and ordinary meaning. |
| 2 | wherein the real-time video stream is associated with a unique identifier for the mobile device (claims 1, 8, 15)  Identified by CST | Indefinite.  Alternatively: wherein the real-time video stream is associated with the mobile device using a unique identifier. | Plain and ordinary meaning. |
| 3 | unique identifier (claims 1, 4, 8, 11, 15, 18)  Identified by CST | unique identifier used to match the real-time data with the dispatch terminal used in the connection. | Plain and ordinary meaning. |

DATED: December 3, 2025                    Respectfully submitted,


By: /s/ *Lionel M. Lavenue*
Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
Bradford C. Schulz (VA 91,057)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

Clinton P. Greub (*pro hac vice* to be filed)
clinton.greub@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4400

Guanshi Li (MA 715386) (admission pending)
guanshi.li@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
2 Seaport Lane, 6th Floor
Boston, MA 02210
Tel: (617) 646-1600

*Attrorneys for Plaintiff and Counterclaim-Defendant CENTRALSQUARE TECHNOLOGIES, LLC*

By: /s/ *Alyssa Caridis*
Mark Siegmund (TX 24117055)
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242

Alyssa Caridis
acaridis@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave, Suite 2700
Los Angeles, CA 90071
Tel: (213) 612-2372

*Attorneys for Defendant and Counterclaim Plaintif Carbyne, Inc. and Carbyne, Ltd.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 3, 2025.

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
