UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CENTRALSQUARE TECHNOLOGIES, LLC**, <br>   *Plaintiff and Counterclaim-Defendant*, <br><br>  v. <br><br> **CARBYNE, INC., and CARBYNE LTD.**, <br><br>   *Defendants and Counterclaim-Plaintiffs*. | Case No. 1:24-cv-01497-ADA <br><br> Jury Trial Demanded |

## JOINT MOTION TO STAY PENDING SETTLEMENT

Plaintiff Centralsquare Technologies, LLC ("Plaintiff") and Defendants Carbyne, Inc. and Carbyne Ltd. (collectively "Defendants"), jointly file this Motion to Stay Pending Settlement and state as follows:

The parties are in discussions regarding resolution of this case and need additional time in order to finalize settlement terms. The parties consider further claim construction proceedings and related expenditures to be a potential impediment to finalizing settlement terms, and therefore request the stay sought via this filing. When the parties finalize settlement terms, they will promptly file dismissal papers with the Court.

In light of this prospective settlement, Plaintiff and Defendants respectfully request that the Court stay all deadlines between the parties for 45 days until January 17, 2026, to allow for finalization of settlement terms and submission of appropriate dismissal papers.

Dated: December 3, 2025

/s/ Lionel M. Lavenue
Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
Bradford C. Schulz (VA 91,057)
bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

Clinton P. Greub (pro hac vice to be filed)
clinton.greub@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, D.C. 20001-4413
Phone: (202) 408-4000

Guanshi Li (pro hac vice to be filed)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
2 Seaport Lane, 6th Floor
Boston, MA 02210-2001
Phone: (617) 646-1600

*Attorneys for Plaintiff and Counterclaim-Defendant Centralsquare Technologies, LLC*

Respectfully submitted,

/s/ *Mark Siegmund*
Mark Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave
Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
Email: acaridis@orrick.com

Evan Brewer
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St
Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

*Attorneys for Defendants Carbyne, Inc. and Carbyne Ltd.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via email. The Parties agree to this document and submit it jointly.

> /s/ *Mark Siegmund*
> Mark Siegmund

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on December 3, 2025.

> /s/ *Mark Siegmund*
> Mark Siegmund