UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CENTRALSQUARE TECHNOLOGIES, LLC**,<br><br>    *Plaintiff and Counterclaim-Defendant*,<br><br>  v.<br><br>**CARBYNE, INC., and CARBYNE LTD.**,<br><br>    *Defendants and Counterclaim-Plaintiffs*. | Case No. 1:24-cv-01497-ADA<br><br>Jury Trial Demanded |

## JOINT MOTION TO CONTINUE STAY PENDING SETTLEMENT

Plaintiff Centralsquare Technologies, LLC ("Plaintiff") and Defendants Carbyne, Inc. and Carbyne Ltd. (collectively "Defendants"), jointly file this Motion to Continue Stay Pending Settlement and state as follows:

The parties previously sought, and the Court granted, a stay of this action pending settlement discussions. That stay was set to expire on January 17, 2026, and was subsequently extended to February 2, 2026, and then February 5, 2026. (Dkt. No. 40; Text Order entered January 22, 2026; Text Order entered February 3, 2026). Since the Court's most recent Order, the parties have actively engaged in settlement discussions and continue to do so. The parties now have a mediation scheduled for February 9, 2026.

Accordingly, Plaintiff and Defendants respectfully request that the Court continue the stay of all deadlines between the parties until February 10, 2026, to permit the parties to continue their settlement discussions.

Dated: February 6, 2026

/s/ *Lionel M. Lavenue*
Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
Bradford C. Schulz (VA 91,057)
bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

Clinton P. Greub (pro hac vice to be filed)
clinton.greub@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, D.C. 20001-4413
Phone: (202) 408-4000

Guanshi Li (MA 715386)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
2 Seaport Lane, 6th Floor
Boston, MA 02210-2001
Phone: (617) 646-1600

*Attorneys for Plaintiff and Counterclaim-Defendant*
Centralsquare Technologies, LLC

Respectfully submitted,

/s/ *Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave
Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
Email: acaridis@orrick.com

Evan Brewer
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St
Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

*Attorneys for Defendants*
Carbyne, Inc. and Carbyne Ltd.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via email. The Parties agree to this document and submit it jointly.

/s/ *Lionel M. Lavenue*
Lionel Lavenue

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 6, 2026.

/s/ *Lionel M. Lavenue*
Lionel Lavenue
