# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>        Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("Plaintiff" or "CentralSquare") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively "Defendants" or "Carbyne"), hereby submit this joint status report:

The parties previously sought, and the Court granted, a stay of this action pending settlement discussions. That stay was set to expire on January 17, 2026, and was subsequently extended to February 2, 2026, February 5, 2026, February 10, 2026, and February 12, 2026. (Dkt. No. 40; Text Order entered January 22, 2026; Text Order entered February 3, 2026; Text Order entered Feb. 9, 2026; Text Order entered Feb. 11, 2026). On February 9, 2026, the parties participated in mediation but were unable to reach a final resolution.

Pursuant to the Court's Text Order entered on February 11, 2026, the parties report that: (1) Carbyne has moved to stay this case in light of the instituted IPRs on the asserted patents (Dkt. No. 46); (2) CentralSquare opposes Carbyne's motion to stay, and instead proposes that the stay be lifted, and the case proceed; (3) CentralSquare plans to move for leave to add three patents to this matter: U.S. Patent Nos. 9,420,116; 8,976,939; and 9,167,379; and (4) Carbyne opposes

CentralSquare's proposed motion to amend. The parties respectfully propose that the Court consider the motions to stay and for leave and, (1) if the case is not stayed, 7 days after the Court's orders on both of those motions are issued, the parties will submit a Joint Proposed Scheduling Order to proceed with the case, (with or without the additional patents) or (2) if the case is stayed, the parties will submit a joint status report on or before the date of the expiration of the stay.

Dated: February 12, 2026

Respectfully submitted,

/s/ Kat Li
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
**KIRKLAND & ELLIS LLP**
401 W. 4th Street.
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
Bradford C. Schulz (VA 91,057)
bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

*Attorneys for Plaintiff
Centralsquare Technologies, LLC*

/s/ Evan Brewer
Mark Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND
JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
355 S. Grand Ave
Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
Email: acaridis@orrick.com

Evan Brewer
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
401 Union St
Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

*Attorneys for Defendants
Carbyne, Inc. and Carbyne Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via email. The Parties agree to this document and submit it jointly.

_/s/ Kat Li_____
Kat Li

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 12, 2026.

_/s/ Kat Li_____
Kat Li