# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

### NOTICE OF AGREED EXTENSION OF TIME TO RESPOND
### TO MOTION TO STAY PENDING *INTER PARTES* REVIEW

Pursuant to the Court's September 17, 2025 Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff CentralSquare Technologies, LLC files this Notice to respectfully inform the Court that the parties have agreed to extend the deadline for Plaintiff to respond to Defendants' Motion to Stay Pending *Inter Partes* Review from February 19, 2026 to February 26, 2026.

*(signatures on following page)*

Dated: February 17, 2026

*/s/ Kat Li*
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
**KIRKLAND & ELLIS LLP**
401 W. 4th Street.
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

*Attorneys for Plaintiff
CentralSquare Technologies, LLC*

Respectfully submitted,

*/s/ Mark Siegmund*
Mark Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave
Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
Email: acaridis@orrick.com

Evan Brewer
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St
Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

*Attorneys for Defendants
Carbyne, Inc. and Carbyne Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 17, 2026.

> _/s/ Kat Li_
> Kat Li