IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>       Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>       Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

**NOTICE OF *INTER PARTES* REVIEW ORDER DENYING INSTITUTION**

Plaintiff CentralSquare Technologies, LLC ("CST") files this Notice to respectfully inform the Court that the Patent Trial and Appeal Board ("PTAB") has issued an Order in IPR2025-00959 regarding CST's U.S. Patent RE50,016 today, February 19, 2026. *See* Exhibit A (Paper 20). The Order granted Director Review, vacated the Decision granting institution of *inter partes* review (Paper 12), and denied the Petition such that no trial is instituted. *See id.* at 4-5.

Dated: February 19, 2026                                   Respectfully submitted,

/s/ Kat Li
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Attorneys for Plaintiff CentralSquare Technologies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 19, 2026.

>  /s/ Kat Li
>  Kat Li