IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>  Plaintiff and<br>  Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>  Defendants and<br>  Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE ON JOINT STATUS REPORT (DKT. 47)**

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("Plaintiff" or "CentralSquare") notifies the Court as follows:

In the parties' Joint Status Report filed on February 12, 2026, CentralSquare stated: "CentralSquare plans to move for leave to add three patents to this matter: U.S. Patent Nos. 9,420,116; 8,976,939; and 9,167,379." Dkt. 47 at 1. CentralSquare files this Notice to respectfully inform the Court that CentralSquare no longer plans to move for leave to add patents to this matter.

1

|  |  |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted,<br><br>/s/ *Kat Li*<br>Kat Li<br>Texas State Bar No. 24070142<br>kat.li@kirkland.com<br>KIRKLAND & ELLIS LLP<br>401 W. 4th Street<br>Austin, TX 78701<br>Telephone: (512) 678-9100<br><br>Adam R. Alper (*pro hac vice*)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br><br>Michael W. De Vries (*pro hac vice*)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>695 Town Center Dr.<br>Costa Mesa, CA 92626<br>Telephone: (714) 982-8822<br><br>Gianni Cutri (*pro hac vice*)<br>gcutri@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br><br>*Attorneys for Plaintiff CentralSquare Technologies, LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 20, 2026.

                                              */s/ Kat Li*
                                              Kat Li