**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>　　　Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO WITHDRAW MOTION TO DISMISS (DKT. 21),**
**WITHDRAW MOTION TO STRIKE (DKT. 26),**
**AND STRIKE EXHIBIT C (DKT. 24-4)**

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC, ("CentralSquare") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively, "Carbyne") (together, the "Parties") file this Joint Motion to withdraw Plaintiff's Renewed Motion to Dismiss Carbyne's Counterclaims I-III (Dkt. 21), withdraw Plaintiff's Motion to Strike Discussion of FRE 408 Settlement Negotiations (Dkt. 26), and strike Exhibit C of Carbyne's Opposition to CentralSquare's Motion to Dismiss (Dkt. 24-4) from the docket.

On June 30, 2025, CentralSquare filed a Renewed Motion to Dismiss Carbyne's Counterclaims I–III (Dkt. 21).  Carbyne filed its Opposition to CentralSquare's Motion to Dismiss on July 14, 2025 (Dkt. 24), which included a prior communication between the Parties attached as "Exhibit C" (Dkt. 24-4).  CentralSquare filed its Motion to Strike Discussion of FRE 408 Settlement Negotiations on August 12, 2025 (Dkt. 26).  In the interest of judicial efficiency, CentralSquare no longer wishes to pursue its Motion to Dismiss and Motion to Strike, and the

1

Parties agree that they no longer seek judicial determination of these motions.  The Parties preserve their respective positions as set forth in the Motion to Dismiss and the Motion to Strike. Additionally, the Parties jointly seek to strike Exhibit C to Carbyne's Opposition from the docket.

Accordingly, the Parties respectfully move the Court to:

(1)    Withdraw CentralSquare's Renewed Motion to Dismiss Carbyne's Counterclaims I-III (Dkt. 21) without prejudice;

(2)    Withdraw CentralSquare's Motion to Strike Discussion of FRE 408 Settlement Negotiations (Dkt. 26) without prejudice; and

(3)    Strike Exhibit C to Carbyne's Opposition to CentralSquare's Motion to Dismiss (Dkt. 24-4) from the docket.

Dated: April 6, 2026

By: /s/ *Kat Li*

Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
Nate Ngerebara (*pro hac vice*)
nate.ngerebara@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
Leslie Diaz (*pro hac vice*)
leslie.diaz@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
Dan Sinclair (*pro hac vice*)
dan.sinclair@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorneys for Plaintiff CentralSquare Technologies, LLC***

Respectfully submitted,

/s/ *Mark Siegmund*

Mark Siegmund (TX 24117055)
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509

Alyssa Caridis
acaridis@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
355 S. Grand Ave, Suite 2700
Los Angeles, CA 90071
Tel: (213) 612-2372

Evan Brewer
ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

***Attorneys for Defendants Carbyne, Inc. and Carbyne Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on April 6, 2026.

*/s/ Kat Li*
Kat Li
