**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>      Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>      Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE CONCERNING CASE DEADLINES**

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CentralSquare") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively, "Carbyne") (together, the "Parties") respectfully submit this Joint Notice Concerning Case Deadlines.

On March 25, 2026, the Court entered a Scheduling Order setting certain case management deadlines in this matter. (ECF No. 68). Circumstances have arisen that necessitate modification of an existing deadline, as described herein.

The Parties jointly notify the Court that the Parties have met and conferred regarding the below case deadline and have agreed upon the revised deadline set forth below. The Parties respectfully submit that this revised deadline will allow for the orderly and efficient resolution of this matter without prejudice to either side, and the deadline does not change the date of any

1

hearing, trial, or other Court date nor does the deadline extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or other Court event.

Therefore, the Parties have agreed to the following revised deadline:

| Current deadline | Modified deadline | Item |
| --- | --- | --- |
| June 26, 2026 | July 31, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |

Dated: June 26, 2026

By: */s/ Kat Li*
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
Leslie Diaz (*pro hac vice*)
leslie.diaz@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorneys for Plaintiff CentralSquare Technologies, LLC***

Respectfully submitted,

/s/ *Mark Siegmund*
Mark Siegmund (TX 24117055)
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509

Alyssa Caridis
acaridis@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
355 S. Grand Ave, Suite 2700
Los Angeles, CA 90071
Tel: (213) 612-2372

Evan Brewer
ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

***Attorneys for Defendants Carbyne, Inc. and Carbyne Ltd.***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on June 26, 2026.

*/s/Kat Li*
Kat Li
