**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>        Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CentralSquare") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively, "Carbyne") jointly move this Court for entry of the agreed Protective Order attached hereto as Exhibit A. Exhibit B is a redline showing the parties' modifications to the Court's Default Protective Order – Patent Cases.

1

Dated: June 26, 2026

By: */s/ Kat Li*
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
Nate Ngerebara (*pro hac vice*)
nate.ngerebara@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
Leslie Diaz (*pro hac vice*)
leslie.diaz@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
Dan Sinclair (*pro hac vice*)
dan.sinclair@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorneys for Plaintiff CentralSquare
Technologies, LLC***

Respectfully submitted,

/s/ *Mark Siegmund*
Mark Siegmund (TX 24117055)
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509

Alyssa Caridis
acaridis@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
355 S. Grand Ave, Suite 2700
Los Angeles, CA 90071
Tel: (213) 612-2372

Evan Brewer
ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Email: ebrewer@orrick.com

***Attorneys for Defendants
Carbyne, Inc. and Carbyne Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on June 26, 2026.

*/s/ Kat Li*
Kat Li