**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE
ATTORNEY NATE NGEREBARA**

Kat Li, as Counsel for Plaintiff in the above-referenced matter, respectfully requests the

Court remove Nate Ngerebara (*pro hac vice*) as an attorney of record in this case. Mr. Ngerebara

will no longer be involved in the above-referenced matter.

The requested withdrawal of counsel will not cause continuance or delay in this case.

Defendants are not opposed to this motion.

Accordingly, Plaintiff respectfully request the Court enter an order reflecting this

withdrawal and that all necessary changes be made to the Court's records and ECF.

1

Dated: July 20, 2026                         Respectfully submitted,


                                             /s/ Kat Li
                                             Kat Li
                                             Texas State Bar No. 24070142
                                             kat.li@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             401 W. 4th Street
                                             Austin, TX 78701
                                             Telephone: (512) 678-9100

                                             Adam R. Alper (*pro hac vice*)
                                             adam.alper@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             555 California Street
                                             San Francisco, CA 94104
                                             Telephone: (415) 439-1400

                                             Michael W. De Vries (*pro hac vice*)
                                             michael.devries@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             695 Town Center Dr.
                                             Costa Mesa, CA 92626
                                             Telephone: (714) 982-8822

                                             Gianni Cutri (*pro hac vice*)
                                             gcutri@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             333 West Wolf Point Plaza
                                             Chicago, Illinois 60654
                                             Telephone: (312) 862-2000

                                             Lionel M. Lavenue (VA 49,005)
                                             lionel.lavenue@finnegan.com
                                             FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER LLP
                                             1875 Explorer Street, Suite 800
                                             Reston, VA 20190-6023
                                             Phone: (571) 203-2700

                                             *Attorneys for Plaintiff CentralSquare
                                             Technologies, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 20, 2026 with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li

## **CERTIFICATE OF CONFERENCE**

On the 17th day of July 2026, the undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion and was advised that opposing counsel did not oppose this Motion.

*/s/ Kat Li*
Kat Li