**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff and Counterclaim-Defendant*, | § | Civil Action No. 1:24-cv-01497-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CARBYNE, INC. and CARBYNE LTD., | § | |
| | § | |
| *Defendants and Counterclaim-Plaintiffs*. | § | |

## JOINT NOTICE OF AGREED EXTENSIONS OF BRIEFING DEADLINES

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CST") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively, "Carbyne," and together with CST, the "Parties") hereby jointly notify the Court that counsel for the Parties have conferred and agreed to extend the following briefing deadlines:

1. The deadline for Carbyne to file its response in opposition to Plaintiff CentralSquare Technologies, LLC's Opposed Motion to Compel Discovery Pertaining to Defendants' Source Code (Dkt. 94) is extended from October 8, 2026, to **Tuesday, October 13, 2026**.
2. The deadline for CST to file its response in opposition to Carbyne's Opposed Motion to Stay Action Pending PTO Review of Asserted Patents (Dkt. 98) is extended from October 12, 2026, to **Tuesday, October 20, 2026**.

These extensions are sought in good faith and not for purposes of delay, and they do not affect any other deadline in the operative Scheduling Order or any hearing or trial setting. Absent further agreement of the Parties or order of the Court, the deadlines for any replies in support of the above motions shall be calculated from the extended response deadlines in accordance with the Local Rules.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
Jake O'Neal
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
acaridis@orrick.com
joneal@orrick.com

Evan Brewer
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
ebrewer@orrick.com

**Attorneys for Defendants Carbyne, Inc. and Carbyne Ltd.**

*/s/ Kat Li*
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (pro hac vice)
Michael W. De Vries (pro hac vice)
Gianni Cutri (pro hac vice)
KIRKLAND & ELLIS LLP

Lionel M. Lavenue (VA 49,005)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

**Attorneys for Plaintiff CentralSquare Technologies, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), I hereby certify that counsel for Carbyne and counsel for CST conferred regarding the extensions set forth herein, and the Parties jointly agree to the extensions reflected in this Notice.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel of record via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*
Mark D. Siegmund