**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CARBYNE, INC. and CARBYNE LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 1:24-cv-01497-RP<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF AGREED EXTENSION OF BRIEFING DEADLINE**

Plaintiff and Counterclaim-Defendant CentralSquare Technologies, LLC ("CST") and Defendants and Counterclaim-Plaintiffs Carbyne, Inc. and Carbyne Ltd. (collectively, "Carbyne," and together with CST, the "Parties") hereby jointly notify the Court that counsel for the Parties have conferred and agreed to extend the deadline for CST to file its opposition to Carbyne's Motion for Leave to File Sur-reply in Opposition to CentralSquare's Motion to Compel (Dkt. 111) from November 30, 2026, to **December 8, 2026**. The Parties have also agreed to extend the deadline for CST to file its opposition to Carbyne's Motion to Limit the Number of Asserted Claims and Prior Art References (Dkt. 112) from November 30, 2026, to **December 8, 2026**.

These extensions are sought in good faith and not for purposes of delay, and they do not affect any other deadline in the operative Scheduling Order or any hearing or trial setting.

Dated: November 25, 2026

Respectfully submitted,

By: /s/ Kat Li
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Gianni Cutri (*pro hac vice*)
gcutri@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

Lionel M. Lavenue (VA 49,005)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorneys for Plaintiff CentralSquare Technologies, LLC***

/s/ Mark Siegmund
Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

Alyssa Caridis
Jake O'Neal
ORRICK, HERRINGTON &
SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Phone: (213) 612-2372
acaridis@orrick.com
joneal@orrick.com

Evan Brewer
ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
ebrewer@orrick.com

***Attorneys for Defendants Carbyne, Inc. and Carbyne Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on November 25, 2026.

*/s/ Kat Li*
Kat Li